1 | ROY A. KATRIEL (CA BAR NO. 265463)
2 | THE KATRIEL LAW FIRM
3 | 12707 High Bluff Drive, Suite 200
4 | San Diego, CA 92130
5 | Phone: (858) 350-4342
6 | Fax: (858) 430-3719
7 | E-Mail: rak@katriellaw.com

Attorneys for Plaintiff
JOUBIN RAHIMI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOUBIN RAHIMI, On Behalf Of Himself And All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NINTENDO OF AMERICA INC., <br><br> Defendant. | Case No. 12-CV-6351-TEH <br><br> **STIPULATION REGARDING DEADLINE TO RESPOND TO COMPLAINT** |

**RECITALS**

WHEREAS, on December 14, 2012, plaintiff Joubin Rahimi ("Plaintiff") filed a putative class action lawsuit against defendant Nintendo of America Inc. ("Nintendo");

WHEREAS, on December 21, 2012, Plaintiff served a copy of the summons and the complaint on Nintendo; and

WHEREAS, Plaintiff is amenable to granting Nintendo a thirty (30) calendar day extension to respond to the Complaint.

**STIPULATION**

Nintendo will have until and including February 11, 2013 to respond to the Complaint.

Dated: January 9, 2013           THE KATRIEL LAW FIRM


                                 s/ **Roy A. Katriel**
                                 ROY A. KATRIEL (CA BAR NO. 265463)

                                 Attorneys for Plaintiff
                                 JOUBIN RAHIMI

Dated: January 8, 2013           NINTENDO OF AMERICA INC.


                                 s/ **Marla C. Poor**
                                 MARLA C. POOR (CA BAR NO. 189735)

                                 Attorneys for Defendant
                                 NINTENDO OF AMERICA INC.


**IT IS SO ORDERED.**

Dated: 01/10, 2013

Hon. T[helton E. Henderson]
United [States District Judge]

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*

N.D. CAL. CASE NO. 12-CV-6351-TEH      2.      STIPULATION REGARDING DEADLINE TO RESPOND TO COMPLAINT