1  ROY A. KATRIEL (CA BAR NO. 265463)
   THE KATRIEL LAW FIRM
2  12707 High Bluff Drive, Suite 200
   San Diego, CA 92130
3  Phone: (858) 350-4342
4  Fax: (858) 430-3719
   E-Mail: rak@katriellaw.com
5
   Attorneys for Plaintiff
6  JOUBIN RAHIMI

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOUBIN RAHIMI, On Behalf Of Himself      | Case No.  12-CV-6351-TEH
   | And All Others Similarly Situated,       |
12 |                                          | **STIPULATION REGARDING DEADLINE TO**
   |               Plaintiff,                 | **RESPOND TO COMPLAINT**
13 |                                          |
   |       v.                                 |
14 |                                          |
   | NINTENDO OF AMERICA INC.,                |
15 |                                          |
   |               Defendant.                 |
16

# RECITALS

WHEREAS, on December 14, 2012, plaintiff Joubin Rahimi ("Plaintiff") filed a putative class action lawsuit against defendant Nintendo of America Inc. ("Nintendo");

WHEREAS, on December 21, 2012, Plaintiff served a copy of the summons and the complaint on Nintendo; and

WHEREAS, Plaintiff is amenable to granting Nintendo a thirty (30) calendar day extension to respond to the Complaint.

# STIPULATION

Nintendo will have until and including February 11, 2013 to respond to the Complaint.

Dated: January 9, 2013         THE KATRIEL LAW FIRM

                               s/ **Roy A. Katriel**
                               ROY A. KATRIEL (CA BAR NO. 265463)

                               Attorneys for Plaintiff
                               JOUBIN RAHIMI

Dated: January 8, 2013         NINTENDO OF AMERICA INC.

                               s/ **Marla C. Poor**
                               MARLA C. POOR (CA BAR NO. 189735)

                               Attorneys for Defendant
                               NINTENDO OF AMERICA INC.

**IT IS SO ORDERED.**

Dated: 01/10, 2013

Hon. T[helton E. Henderson]
United [States District Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*