UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOUBIN RAHIMI, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NINTENDO OF AMERICA INC.,<br><br>　　　　　　Defendant. | Case No.:  12-cv-6351-TEH<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] Order Approving Stipulation Regarding Case Management Conference and Related Deadlines Pursuant to Civ. L.R. 6-2** |

Plaintiff Joubin Rahimi ("Plaintiff") and defendant Nintendo of America Inc. ("Nintendo") filed a stipulation seeking to take the currently-scheduled Case Management Conference and associated deadlines (including ADR deadline) off-calendar pending resolution of Nintendo's Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 11) and asking the Court that, in the event the Court denies Nintendo's Motion to Compel Arbitration and Stay Proceedings, after or as part of that order the Court set new dates related to the Case Management Conference. Having considered the stipulation, and for good cause appearing,

IT IS HEREBY ORDERED THAT THE PARTIES' AGREEMENT IS APPROVED:

1. The Case Management Conference currently scheduled for March 18, 2013 and all associated deadlines (including ADR deadlines) are taken off-calendar;

2. In the event the Court denies Nintendo's Motion to Compel Arbitration and Stay Proceedings, the parties are required to file their ADR certifications fourteen days following a denial of the motion; and

3. In the event the Court denies Nintendo's Motion to Compel Arbitration and Stay Proceedings, the Court will set a new deadline for the Case Management Conference and the parties will be required to file their Joint Case Management Statement seven days prior to the Case Management Conference date set by the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 02/25/2013      By: _____



Judge Thelton E. Henderson

[PROPOSED] ORDER APPROVING STIP.
REGARDING CASE MANAGEMENT CONFERENCE
NO. 12-CV-6351-TEH

1.