| | |
|---|---|
| 1 | THE KATRIEL LAW FIRM |
| | ROY A. KATRIEL (265463) |
| 2 | (rak@katriellaw.com) |
| | 12707 High Bluff Drive, Suite 200 |
| 3 | San Diego, CA 92130 |
| | Phone: (858) 350-4342 |
| 4 | Fax: (858) 430-3719 |
| 5 | Attorneys for PLAINTIFF |
| | JOUBIN RAHIMI |
| 6 | |
| | COOLEY LLP |
| 7 | MICHAEL G. RHODES (116127) |
| | (rhodesmg@cooley.com) |
| 8 | 101 California Street, 5th Floor |
| | San Francisco, CA 94111-5800 |
| 9 | Telephone:    (415) 693-2000 |
| | Facsimile:    (415) 693-2222 |
| 10 | |
| | MICHELLE C. DOOLIN (179445) |
| 11 | (doolinmc@cooley.com) |
| | DARCIE A. TILLY (239715) |
| 12 | (dtilly@cooley.com) |
| | ERIN E. GOODSELL (262967) |
| 13 | (egoodsell@cooley.com) |
| | 4401 Eastgate Mall |
| 14 | San Diego, CA 92121 |
| | Telephone:    (858) 550-6000 |
| 15 | Facsimile:    (858) 550-6420 |
| 16 | Attorneys for DEFENDANT |
| | NINTENDO OF AMERICA INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOUBIN RAHIMI, on behalf of himself and all others similarly situated, | Case No.: 12-cv-6351-TEH |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| NINTENDO OF AMERICA INC., | |
| Defendant. | |

1    WHEREAS, the Complaint was filed in this Court on December 14, 2012 (Dkt. No. 1);

2    WHEREAS, on January 9, 2013, the parties stipulated to extend Defendant Nintendo of America Inc.'s ("Nintendo") response date to February 11, 2013 (Dkt. Nos. 6 & 7);

4    WHEREAS, on February 11, 2013, Nintendo filed a Motion to Compel Arbitration and Stay Proceedings ("Motion") (Dkt. No. 11);

6    WHEREAS, the Court granted Nintendo's Motion on March 18, 2013;

7    WHEREAS, the Court's March 18 Order stated, *inter alia*, that "Within seven days of the completion of the arbitration or on June 24, 2013, whichever is sooner, the parties shall file a joint status statement or a stipulated dismissal of this case";

10   WHEREAS, no defendant in this action has answered the complaint or filed a motion for summary judgment;

12   WHEREAS, a class has not been certified in this action; and

13   WHEREAS, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Joubin Rahimi wishes to voluntarily dismiss this action with prejudice with respect to his individual claims only.

15   THEREFORE, it is hereby agreed and stipulated, by and between counsel for the parties herein, to dismiss the individual claims of plaintiff Joubin Rahimi with prejudice. The claims asserted on behalf of a putative class are to be dismissed *without* prejudice. The parties agree that each will bear their own costs and attorneys' fees.

19   Because this stipulation is signed by all parties who have appeared and no class has been certified, no Court order is necessary to effectuate dismissal.

**IT IS SO STIPULATED.**

Dated: June 25, 2013

THE KATRIEL LAW FIRM

/s/Roy A. Katriel
Roy A. Katriel
Attorney for Plaintiff JOUBIN RAHIMI

COOLEY LLP

/s/Michelle C. Doolin
Michelle C. Doolin
Attorneys for Defendant NINTENDO OF AMERICA INC.



IT IS SO ORDERED
06/27/2013
Judge Thelton E. Henderson

1.                                                STIPULATION OF DISMISSAL
                                                  WITH PREJUDICE
                                                  NO. 12-CV-6351-TEH

**FILER'S ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

COOLEY LLP

*/s/ Michelle C. Doolin*
Michelle C. Doolin
Email: mdoolin@cooley.com

2.

STIPULATION OF DISMISSAL
WITH PREJUDICE
No. 12-cv-6351-TEH